In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00312-CV**
_____

**IN RE DANIEL AIELLO**

**Original Proceeding**
**County Court of at Law No. 2 of Liberty County, Texas**
**Trial Cause No. 23DC-CV-00231**

**MEMORANDUM OPINION**

Relator Daniel Aiello, who is an inmate proceeding pro se on a statement of inability to afford payment of costs, seeks mandamus relief in connection with a personal injury lawsuit he filed on January 5, 2023, against Aaron Thompkins, Robert Behrns, Johnson Olusanya, The University of Texas Medical Branch, and the Texas Department of Criminal Justice. Aiello asks this Court to order the trial court to rule on Aiello's pending motions. We deny mandamus relief.

Aiello identifies twelve motions he claims the trial court has ignored. Aiello identified the motions by title and date of filing but he omitted copies of the motions from his mandamus record. Most of the motions apparently concern discovery, while others address obtaining rulings on pre-trial motions, ask for a trial setting, seek to subpoena witnesses, and request Aiello's presence at trial.

Presumably, this is a Level 2 civil case and the discovery period does not commence until 30 days after the filing of the first answer or general appearance. *See* Tex. R. Civ. P. 190.3(b)(1); 194.2(a). Aiello omitted from his mandamus petition any indication that citations issued and were returned after having been served on the defendants or that any of the defendants answered Aiello's lawsuit. Aiello states that to the best of his knowledge none of the defendants are represented by counsel. Considering all the defendants appear to be government employees or units of state government, it is possible the defendants have not been properly served or have not yet entered appearances in the case. In the absence of returns of service showing process was served on the defendants, the district court has no ministerial duty to hear Aiello's motions. *See In re Sheedy*, No. 01-21-00476-CV, 2021 WL 4268486, at *2 (Tex. App.—Houston [1st Dist.] Sept. 21, 2021, orig. proceeding) (mem. op.); *In re Reger*, No. 03-16-00120-CV, 2016 WL 1407698, at *1 (Tex. App.—Austin Apr. 5, 2016, orig. proceeding) (mem. op.).

Aiello has not shown that he is entitled to mandamus relief. Accordingly, we deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on October 23, 2024
Opinion Delivered October 24, 2024

Before Golemon, C.J., Johnson and Chambers, JJ.